# Exhibit 4

**NATIONAL**
**INDIAN**
**GAMING**
**COMMISSION**

MAR 22 1995

John Ross, Chief
United Keetoowah Band of Cherokee
  Indians in Oklahoma
P.O. Box 746
Tahlequah, Oklahoma 74465-0746

Dear Chief Ross:

This letter responds to your request to review and approve the tribal gaming ordinance submitted on November 25, 1994, for the United Keetoowah Band of Cherokee Indians in Oklahoma (the Band). This letter constitutes such approval under the Indian Gaming Regulatory Act (IGRA).

Under the IGRA and the regulations of the National Indian Gaming Commission (NIGC), the Chairman is directed to review ordinances with respect to the requirements of the IGRA and the implementing regulations. Thus, the scope of the Chairman's review and approval is limited to the requirements of the IGRA and the NIGC regulations. Provisions other than those required under the IGRA or the NIGC regulations that may be included in a tribal ordinance are not subject to review and approval. Also, this letter does not constitute approval of specific games.

It is important to note that the gaming ordinance is approved for gaming only on Indian lands as defined in the IGRA. At the current time, it is the understanding of the NIGC that the Band does not have any lands that meet that definition. Therefore, until such time as it is determined that the Band holds lands that meet the definition in the IGRA, the Band is not authorized to conduct class II or class III gaming.

Thank you for submitting the ordinance of the Band for review and approval. The NIGC staff and I look forward to working with you and the Band in implementing the IGRA once the Band acquires Indian lands.

Sincerely yours,

Harold A. Monteau
Chairman

1850 M STREET, N.W. SUITE 250   WASHINGTON DC 20036   TEL 202 632 7003   FAX 202 632 7066